## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Columbus Steakhouse, LLC, d/b/a V Steakhouse, Jean George and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

ADRIEAN SHAWN DEIANEY
Full Legal Name (Print)

*Adriean Delaney*
Signature

7/8/07
Date