UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
VIRGINIA ALEYN, DOMINIQUE BELL,
KRIS MOUNT, SUKOL PHAIROJ,   INDEX NO: 07-CV-6276 (HB)
KATHERINE TUMINELLI, AND CRAIG
YOCHEM on behalf of themselves and all
others similarly situated,   CERTIFICATE OF SERVICE

       **Plaintiffs,**

       **v.**

JEAN-GEORGES ENTERPRISES, LLC
d/b/a V STEAKHOUSE; JEAN-GEORGES
MANAGEMENT LLC d/b/a
V STEAKHOUSE; JEAN-GEORGES
VONGERICHTEN and PHIL SUAREZ

      **Defendants.**
----------------------------------------------------------x

    The undersigned counsel hereby certifies that on July 13, 2007, he caused a true and correct copy of the Summons and Complaint upon Amanda M. Fugazy, Esq., attorney for all Defendants, authorized to accept service on behalf of all Defendants, by certified mail, at the address below:

   Amanda M. Fugazy, Esq.
   Bonnist & Cutro LLP
   31 Purchase Street, Suite 3-1
   Rye, NY 10580

                              /s/ D. Maimon Kirschenbaum
                         D. Maimon Kirschenbaum (DK-2338)

                              Joseph & Herzfeld LLP
                              757 Third Avenue
                              25th Floor
                              New York, NY 10017
                              (212) 688-5640
                              (212) 688-2548 (fax)

                              *Attorneys for Plaintiffs and*
                              *the proposed Plaintiff Class*