**BONNIST & CUTRO, LLP**
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820
**Attorneys for Defendants**
Amanda M. Fugazy (AF6772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
VIRGINIA ALEYN, DOMINIQUE BELL, KRIS MOUNT, SUKOL PHAIROJ, KATHERINE TUMINELLI, AND CRAIG YOCHEM on behalf of themselves and all others similarly situated,

          Plaintiffs,

- against -

JEAN-GEORGES ENTERPRISES, LLC d/b/a V STEAKHOUSE; JEAN-GEORGES MANAGEMENT LLC d/b/a V STEAKHOUSE; JEAN-GEORGES VONGERICHTEN and PHIL SUAREZ

          Defendants.
----------------------------------------------------------X

07 Civ. 6276 (HJB)

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned on behalf of Jean-Georges Enterprises, LLC (incorrectly named herein with "d/b/a V Steakhouse"), Jean-Georges Management LLC (incorrectly named herein with "d/b/a V Steakhouse"), Jean-Georges Vongerichten and Phil Suarez, all the Defendants in the above captioned action.

Dated: August 2, 2007

          By: _____
          Amanda M. Fugazy (AF6772)
          Bonnist & Cutro, LLP
          Attorneys for Defendants
          31 Purchase Street, Suite 3-1
          Rye, New York 10580
          (914) 921-4820