## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by SPICE MARKET, JEAN-GEORGES ENTERPRISES LLC d/b/a SPICE MARKET, , JEAN-GEORGES MANAGEMENT LLC d/b/a SPICE MARKET, JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

*Lenford Johnston*
Full Legal Name (Print)

*[signature]*
Signature

7/20/07
Date