# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

VIRGINIA ALEYN, DOMINIQUE BELL,
KRIS MOUNT, SUKOL PHAIROJ,
KATHERINE TUMINELLI, AND CRAIG YOCHEM on behalf
of themselves and all others similarly situated,

Plaintiffs
v.
JEAN-GEORGES ENTERPRISES, LLC
d/b/a V STEAKHOUSE; JEAN-GEORGES
MANAGEMENT LLC d/b/a V STEAKHOUSE; JEAN-GEORGES
VONGERICHTEN and PHIL SUAREZ

Defendants,

APPEARANCE

Case Number: 07 cv 6276

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jean-Georges Enterprises, LLC d/b/a V Steakhouse; Jean-Georges Management LLC d/b/a V Steakhouse; Jean-Georges Vongerichten and Phil Suarez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/9/2007 | s/Steven D. Hurd |
| Date | Signature |
| | Steven D. Hurd  0350 |
| | Print Name  Bar Number |
| | 1585 Broadway |
| | Address |
| | New York   NY   10036 |
| | City   State   Zip Code |
| | (212) 969-3985   (212) 969-2900 |
| | Phone Number   Fax Number |

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

VIRGINIA ALEYN, DOMINIQUE BELL,
KRIS MOUNT, SUKOL PHAIROJ,
KATHERINE TUMINELLI, AND CRAIG YOCHEM on behalf
of themselves and all others similarly situated,

**APPEARANCE**

Plaintiffs
v.
JEAN-GEORGES ENTERPRISES, LLC
d/b/a V STEAKHOUSE; JEAN-GEORGES
MANAGEMENT LLC d/b/a V STEAKHOUSE; JEAN-GEORGES
VONGERICHTEN and PHIL SUAREZ

Case Number: 07 cv 6276

Defendants,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jean-Georges Enterprises, LLC d/b/a V Steakhouse; Jean-Georges Management LLC d/b/a V Steakhouse; Jean-Georges Vongerichten and Phil Suarez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/9/2007 | s/ Elise M. Bloom |
| Date | Signature |
| | Elise M. Bloom    7932 |
| | Print Name    Bar Number |
| | 1585 Broadway |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 969-3410    (212) 969-2900 |
| | Phone Number    Fax Number |

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

VIRGINIA ALEYN, DOMINIQUE BELL,
KRIS MOUNT, SUKOL PHAIROJ,
KATHERINE TUMINELLI, AND CRAIG YOCHEM on behalf
of themselves and all others similarly situated,

Plaintiffs

v.

JEAN-GEORGES ENTERPRISES, LLC
d/b/a V STEAKHOUSE; JEAN-GEORGES
MANAGEMENT LLC d/b/a V STEAKHOUSE; JEAN-GEORGES
VONGERICHTEN and PHIL SUAREZ

Defendants,

APPEARANCE

Case Number: 07 cv 6276

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jean-Georges Enterprises, LLC d/b/a V Steakhouse; Jean-Georges Management LLC d/b/a V Steakhouse; Jean-Georges Vongerichten and Phil Suarez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/9/2007 | s/ Kathleen M. McKenna |
| Date | Signature |
| | Kathleen M. McKenna    4258 |
| | Print Name    Bar Number |
| | 1585 Broadway |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 969-3130    (212) 969-2900 |
| | Phone Number    Fax Number |