31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820
**Attorneys for Defendants**
Amanda M. Fugazy (AF6772)

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VIRGINIA ALEYN, DOMINIQUE BELL, KRIS MOUNT, SUKOL PHAIROJ, KATHERINE TUMINELLI, AND CRAIG YOCHEM on behalf of themselves and all others similarly situated,

07 Civ. 6276 (HJB)

Plaintiffs,

**STIPULATION**

- against -

JEAN-GEORGES ENTERPRISES, LLC d/b/a
V STEAKHOUSE; JEAN-GEORGES MANAGEMENT LLC
d/b/a V STEAKHOUSE; JEAN-GEORGES VONGERICHTEN
and PHIL SUAREZ

Defendants.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned Attorneys for the Parties herein that Defendants acknowledge service of the Summons and Complaint in this action; and

**IT IS FURTHER STIPULATED AND AGREED** that the time for Defendants to answer, move or otherwise respond to the Complaint is extended to and includes August 31, 2007. The Parties further agree that a facsimile of this executed Stipulation may be filed with the Court.

*The Sept 6, PTC will go forward*

Dated: August 1, 2007

By: _____
Amanda M. Fugazy (AF6772)
Bonnist & Cutro, LLP
Attorneys for Defendants
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820

By: _____
D. Maimon Kirschenbaum (DK2448)
JOSEPH & HERZFELD LLP
Attorneys for Plaintiffs
57 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640

Jeffrey E. Goldman (JG4693)
LAW OFFICES OF JEFFREY E. GOLMAN
501 Fifth Avenue, Suite 1900
New York, NY 10017
(212) 983-8999

So Ordered _____
U.S.D.J

ENTERED this 14 day of Aug, 2007