BONNIST & CUTRO, LLP
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820
Attorneys for Defendants
Amanda M. Fugazy (AF6772)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

RECEIVED
AUG 07 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
VIRGINIA ALEYN, DOMINIQUE BELL, KRIS MOUNT,
SUKOL PHAIROJ, KATHERINE TUMINELLI, AND CRAIG
YOCHEM on behalf of themselves and all others similarly
situated,

                      Plaintiffs,

   - against -

JEAN-GEORGES ENTERPRISES, LLC d/b/a
V STEAKHOUSE; JEAN-GEORGES MANAGEMENT LLC
d/b/a V STEAKHOUSE; JEAN-GEORGES VONGERICHTEN
and PHIL SUAREZ

                      Defendants.
------------------------------------------------------X

07 Civ. 6276 (HJB)

STIPULATION OF
DISCONTINUANCE
AS TO DEFENDANT
PHIL SUAREZ

IT IS HEREBY STIPULATED AND AGREED by and between Counsel for the Parties hereto, that Phil Suarez is hereby Dismissed as a Defendant from the above-entitled action, without prejudice. The Parties further agree that a facsimile of this executed Stipulation may be filed with the Clerk of the Court without further notice.

Dated: August 1, 2007

By: _____
Amanda M. Fugazy (AF6772)
Bonnist & Cutro, LLP
Attorneys for Defendants
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820

So Ordered _____
                U.S.D.J.
ENTERED this ___ day of _____, 2007

By: _____
D. Maimon Kirschenbaum (DK2448)
JOSEPH & HERZFELD LLP
Attorneys for Plaintiffs
57 Third Avenue, 25th Floor
New York, NY 10017
(212) 688 - 5640

Jeffrey E. Goldman (JG4693)
LAW OFFICES OF JEFFREY E. GOLMAN
501 Fifth Avenue, Suite 1900
New York, NY 10017
(212) 983-8999