AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern       DISTRICT OF       New York

VIRGINIA ALEYN, DOMINIQUE BELL,
KRIS MOUNT, SUKOL PHAIROJ,
KATHERINE TUMINELLI, AND CRAIG YOCHEM on behalf
of themselves and all others similarly situated,

Plaintiffs
v.
JEAN-GEORGES ENTERPRISES, LLC
d/b/a V STEAKHOUSE; JEAN-GEORGES
MANAGEMENT LLC d/b/a V STEAKHOUSE; JEAN-GEORGES
VONGERICHTEN and PHIL SUAREZ

Defendants,

**APPEARANCE**

Case Number:   07 cv 6276

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jean-Georges Enterprises, LLC; d/b/a V Steakhouse;
Jean-Georges Management LLC; d/b/a V Steakhouse and
Jean-Georges Vongerichten.

I certify that I am admitted to practice in this court.

August 23, 2007

Date

S/Brian J. Gershengorn

Signature
Brian J. Gershengorn                              6264

Print Name                                   Bar Number

1585 Broadway

Address

New York,         NY          10036

City             State        Zip Code

212-969-3083

Phone Number                                 Fax Number