PROSKAUER ROSE LLP
Elise M. Bloom (EB-7932)
Steven D. Hurd (SH-0305)
1585 Broadway
New York, New York 10036
(212) 969-3410

BONNIST & CUTRO, LLP
Amanda M. Fugazy (AF-6772)
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
VIRGINIA ALEYN, DOMINIQUE BELL, : Civil Action No.: 07-6276 **(HB) (DCF)**
KRIS MOUNT, SUKOL PHAIROJ, :
KATHERINE TUMINELLI and CRAIG :
YOCHEM on behalf of themselves and all : **DEFENDANTS STATEMENT**
other similarly situated, : **PURSUANT TO FRCP 7.1**
:
Plaintiffs, :
:
-against- :
:
JEAN-GEORGES ENTERPRISES, LLC d/b/a :
V STEAKHOUSE; JEAN-GEORGES :
MANAGEMENT LLC d/b/a V :
STEAKHOUSE; JEAN-GEORGES :
VONGERICHTEN and PHIL SUAREZ :
:
Defendants. :
:
------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Corporate Defendants Jean-George Enterprises, LLC (incorrectly named herein with "d/b/a V Steakhouse") and Jean-Georges Management LLC (incorrectly named herein with "d/b/a V Steakhouse), hereby certifies that the herein named corporate Defendants have no parent

corporations and that there is no publicly held corporation that owns 10% or more of any of their stock.

Dated:     August 31, 2007
           New York, New York

            PROSKAUER ROSE LLP

          By: s/Elise M. Bloom
            Elise M. Bloom
            Steven D. Hurd
            1585 Broadway
            New York, New York 10036
            (212) 969-3410

            and

            BONNIST & CUTRO, LLP
            Amanda M. Fugazy (AF-6772)
            31 Purchase Street, Suite 3-1
            Rye, New York 10580

            ATTORNEYS FOR DEFENDANTS