# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Columbus Steakhouse, LLC, d/b/a V Steakhouse, JEAN-GEORGES ENTERPRISES LLC, JEAN-GEORGES MANAGEMENT LLC, JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Anne Deedwania_
Full Legal Name (Print)

_[signature]_
Signature

11/11/07
Date