SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------

VIRGINIA ALEYN et al.,

                    Plaintiffs,

      v.

JEAN-GEORGES ENTERPRISES, LLC et al.,

                  Defendants.

--------------------------------------------------------x

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 6276 (HB) (DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s): Debra C. Freeman, Magistrate Judge

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_x_ Specific Non-Dispositive Motion/Dispute:*

    ___ Discovery dispute _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: 2/15/08-2/22/08

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: ___

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               February 15, 2008

                                                      _____
                                                        GERARD E. LYNCH
                                                United States District Judge (Part I)