# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Elise M. Bloom
Member of the Firm

Direct Dial 212.969.3410
ebloom@proskauer.com

February 15, 2008

**By Facsimile**

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

Re:   Aleyn et al. v. Jean-Georges Enterprises, LLC et al., 07 cv 6276

Dear Judge Baer:

We represent the Defendants in the above referenced matter and we write on behalf of all parties, including Plaintiffs, to request a short extension of the current March 5, 2008 factual discovery deadline to and including April 4, 2008.

Since Wednesday, February 13, 2008, the parties have been engaged in substantive settlement discussions. In an effort to continue these settlement discussions, the parties would like to request that the March 5, 2008 factual discovery deadline be extended until April 4, 2008. This discovery extension will allow the parties additional time to resolve their discovery disputes and potentially resolve this case before additional expenses have been incurred by both sides. Plaintiffs concur in this request, and the parties have not requested a prior extension.

Pursuant to Your Honor's individual rules, a current copy of the docket report for the above referenced case is attached.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

Elise M. Bloom

6204/40909-003 Current/10774851v1

PROSKAUER ROSE LLP

Hon. Harold Baer, Jr.
February 15, 2008
Page 2

Enclosures

cc:   Maimon Kirschenbaum (via facsimile)

> I am delighted to hear of your settlement prospects and will adjourn discovery deadlines to April 1, 08 — keep in mind all other scheduling order deadlines/remain in effect. Weeks the TTC month.
>
> SO ORDERED:
> /s/ Harold Baer, Jr.
> Date: 2/22/08

6264/40909-003 Current/10774851v1

Endorsement:

    I am delighted to hear of your settlement prospects and will adjourn discovery deadlines to April 4, 2008 - keep in mind all other scheduling order deadlines remain in effect as well as the trailing trial calendar month.