**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Elise M. Bloom
Member of the Firm

Direct Dial 212.969.3410
ebloom@proskauer.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

RECEIVED
MAR   2008
[illegible] ___ER
U.S. DISTRICT JUDGE
S.D.N.Y.

March 11, 2008

**By Facsimile**

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Aleyn et al. v. Jean-Georges Enterprises, LLC et al., 07 cv 6276</u>

Dear Judge Baer:

We represent the Defendants in the above referenced matter and we write on behalf of all parties, including Plaintiffs to inform Your Honor that on March 5, 2008, the parties reached a settlement in principal. Thus, the parties jointly request twenty (20) days to submit a proposed stipulation of settlement to Your Honor.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

Elise M. Bloom

Elise M. Bloom

Enclosures

cc: Maimon Kirschenbaum (via facsimile)

6264/40909-003 Current/10845171v1

[Handwritten note from Judge, largely illegible:] Once again I'm delighted to hear of your progress. As per my order on 2/15/08 [illegible], in which I have already advised you to avoid docket #35 — suggests on or before that date — now [illegible] will [illegible] stipulation of discontinuance [illegible] entered by no [illegible] than 4/6/07 [illegible]

SO ORDERED
Harold Baer, Jr., U.S.D.J.
3/17/08

** TOTAL PAGE. 02 **

Endorsement:

    Once again I'm delighted to hear of your progress, as I was on 2/15 as I did then I'm perfectly willing to give you to April 4, which docket #35 suggests I have already done and in exchange on or before that date you will provide me with a fully executed stipulation of discontinuance and there will be no further changes to the PTSO filed 9/6/07.