# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian P. Fredericks
Michael DiChiara*
*Also admitted in New Jersey and Massachusetts

Of counsel:
Andrew Dwyer**
**Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548

www.jhllp.com

RECEIVED
APR 03 2008
U.S. DISTRICT JUDGE
S.D.N.Y.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

April 3, 2008

VIA FACSIMILE
(212) 805-7901

Honorable Harold Baer, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

    Re:   *Aleyn et al. v. Jean-Georges Enterprises, LLC et al.*
           Case No.: 07 cv 6276

Dear Judge Baer:

I write on behalf of both parties. The parties are currently finalizing the terms of their settlement and respectfully request an additional week, until April 11, 2008, to submit the settlement documents. Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*
Maimon Kirschenbaum

cc: Brian Gershengorn, Esq.

*[Handwritten note from judge:]* Fine April 10 but keep in mind — the time frame remains as to motions etc etc

*[signed]* Harold Baer, Jr., U.S.D.J.
4/3/08

Endorsement:

　　　Fine April 10 but keep PTSO and its time frame in your mind - the time frame remains as to motions, etc., etc.