## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Brian J. Gershengorn
Attorney at Law

Direct Dial 212.969.3083
bgershengorn@proskauer.com

April 10, 2008

**By Facsimile**

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08
```

Re: <u>Aleyn et al. v. Jean-Georges Enterprises, LLC et al.</u>, 07 cv 6276

Dear Judge Baer:

We represent the Defendants in the above referenced matter and we write to respectfully request an additional week extension to submit the parties proposed stipulation of settlement to Your Honor. Plaintiffs' counsel does not oppose our request. Defendants respectfully request this additional week extension since Ms. Bloom is involved in a Federal Court trial in the Eastern District of New York which was unexpectedly moved up two weeks. While the parties have exchanged drafts of the proposed stipulation of settlement they are not in a position to finalize their proposed stipulation of settlement by tomorrow. Additionally, the parties do not foresee anything that would preclude them from finalizing their proposed stipulation of settlement on or before April 17, 2008.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

Brian J. Gershengorn

Enclosures

cc: Elise M. Bloom
    Maimon Kirschenbaum (via facsimile)

6264/40909-003 Current/10979696v1

*[Handwritten note from judge:]* Once again I will provide an additional week to finalize settlement ie on or before April 17, 2008.

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
4/14/08

** TOTAL PAGE.02 **

Endorsement:

    Once again I will provide an additional week to finalize settlement, i.e., on or before April 17, 2008.