UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
VIRGINIA ALEYN, DOMINIQUE BELL, :
KRIS MOUNT, SUKOL PHAIROJ, : Civil Action No.: 07-6276 **(HB)**
KATHERINE TUMINELLI and CRAIG : **(DCF)**
YOCHEM on behalf of themselves and all :
other similarly situated, :
 :
                     Plaintiffs, :
 :
                 -against- :
 :
JEAN-GEORGES ENTERPRISES, LLC :
d/b/a V STEAKHOUSE; JEAN-GEORGES :
MANAGEMENT LLC d/b/a V :
STEAKHOUSE; JEAN-GEORGES :
VONGERICHTEN and PHIL SUAREZ :
 :
                     Defendants. :
 :
------------------------------------------------------- x

## ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT AND PROVIDING FOR NOTICE

**WHEREAS,** an action entitled Virginia Aleyn, Dominique Bell, Kris Mount, Sukol Phairoj, Katherine Tuminelli and Craig Yochem, Individually, On Behalf of All Others Similarly Situated and as Class Representatives v. Jean-Georges Enterprises, LLC d/b/a V Steakhouse; Jean-Georges Management LLC d/b/a V Steakhouse; Jean-Georges Vongerichten and Phil Suarez, Civil Action No. 07-cv-6276 (the "Lawsuit") is currently pending before this court;

**WHEREAS,** Plaintiffs have made application, pursuant to Rule 23 (e), Fed. R. Civ. P., for an order approving settlement of the claims alleged in the Lawsuit, in accordance with the parties Joint Stipulation of Settlement and Release dated April \_\_\_\_, 2008 (the "Agreement"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the Lawsuit against Defendants and for

dismissal of the Lawsuit against Defendants with prejudice upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the exhibits thereto; and

**WHEREAS**, all capitalized terms contained and not otherwise defined herein shall have the same meanings set forth in the Agreement.

**IT IS ON THIS \_\_\_\_ DAY OF _____, 2008 HEREBY ORDERED AS FOLLOWS:**

1.  The Court hereby preliminarily approves the settlement set forth in the Agreement as being fair, just, reasonable and in the best interests of the Plaintiffs and the Class as described in the Agreement (hereinafter the "Class").

2.  The Court hereby preliminarily certifies the Class and Class Counsel, as described in the Agreement, subject to the entry of the Final Order and Judgment as provided in the Agreement.

3.  The Settlement Hearing Shall be held before this Court, on _____, 2008 (at least 75 days after the entry of this Order) at the United States District Court, Southern District of New York, U.S. Courthouse, 500 Pearl Street, Room _____, at _____, New York, NY 10007, to determine whether the proposed settlement of the Lawsuit on the terms and conditions provided for in the Agreement is fair, just, reasonable, adequate and in the best interests of the Class, and should be approved by the Court; whether an Order and Final Judgment of Dismissal, as provided in the Agreement, should be entered; and to determine the amount of attorneys' and/or administrator's costs and expenses that should be awarded Plaintiffs' Class Counsel.

4.  The Court approves, as to form and content, the Settlement Notice and finds that the mailing and distribution of the Settlement Notice substantially in the manner and

form set forth in this Order constitutes the best notice practicable under the circumstances, and constitutes valid, due and sufficient notice to all persons in the Class, complying fully with the requirement of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the Untied States and any other applicable laws.

5. Class Members entitled to contest approval of the terms and conditions of the proposed settlement, the judgment to be entered thereon if the same is approved, the attorneys' and administrator's fees and expenses to be awarded to the Plaintiffs' Class Counsel, or any other matter, must file with the Clerk of the Court and serve all counsel, no later than forty five (45) days after the date that the Class Notice is mailed, a statement of the objection setting forth the specific reason(s), if any, for the objection including any legal support that the Class Member wishes to bring to the Court's attention and any evidence that the Class Member wishes to introduce in support of the objection. Class Members may so act either on their own or through any attorney hired at their own expense. The Class Member, or attorney acting on his or her behalf, also must: (i) file a notice of appearance with the Clerk of Court no later than thirty (45) days after the date that the Notice is mailed or as the Court may otherwise direct, and (ii) serve a copy of such notice of appearance on all counsel for the Parties to object to any aspect of the fairness, reasonableness, or adequacy of this Agreement and/or the settlement contemplated hereby. Any member of the Class who does not make his or her objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness or adequacy of the proposed settlement as incorporated in the Agreement, and the award of attorneys' and/or administrator's fees, costs and expenses to Plaintiffs' Class Counsel, and the award of Enhancement Fees, unless otherwise ordered by the Court.

6. All additional papers in support of the settlement or any application by Plaintiffs' Class Counsel for attorneys' fees or reimbursement of costs and expenses, and Enhancement Fees shall be filed and served on all named parties at least two (2) business days before the Fairness Hearing date.

7. Any payments and actions required under the Agreement prior to the Fairness Hearing shall be carried our as set forth in the agreement.

8. The Court reserves the right to adjourn the date of the Fairness Hearing without further notice to the Class Members, and retains jurisdiction to consider all further applications arising out of or connected with the proposed settlement. Notice of any adjournment can be obtained from Class Counsel: Maimon Kirschenbaum, Esq., 757 Third Avenue, Suite 2500, New York, NY 10017 (phone: 212-688-5640). The Court may approve the settlement, with such modifications as may be agreed to by the settling parties, if appropriate, without further notice to the Class.

_____
United States District Judge

Dated: _____, 2008