D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiffs and proposed
collective action and class action members*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

| | |
|---|---|
| VIRGINIA ALEYN, DOMINIQUE BELL, KRIS MOUNT, SUKOL PHAIROJ, KATHERINE TUMINELLI and CRAIG YOCHEM on behalf of themselves and all other similarly situated,<br><br>                  Plaintiffs,<br><br>-against-<br><br>JEAN-GEORGES ENTERPRISES, LLC d/b/a V STEAKHOUSE; JEAN-GEORGES MANAGEMENT LLC d/b/a V STEAKHOUSE; JEAN-GEORGES VONGERICHTEN and PHIL SUAREZ<br><br>                  Defendants. | Civil Action No.: 07-6276 **(HB) (DCF)**<br><br>**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION LAWSUIT, CERTIFICATION OF FLSA COLLECTIVE ACTION, CERTIFICATION OF STATE LAW CLASSES, AND SETTLEMENT HEARING** |

------------------------------------------------------- x

      PLEASE TAKE NOTICE that upon the accompanying Joint Stipulation of Settlement and Release and all agreements attached thereto, the undersigned will and hereby do move this Court before the Honorable Harold Baer, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date

to be determined by the Court or as soon thereafter as counsel may be heard for an order preliminarily approving the class action settlement agreement and notice to the class.

Dated: April 17, 2008
      New York, New York

JOSEPH & HERZFELD LLP

/s/ D. Maimon Kirschenbaum
By:   D. Maimon Kirschenbaum (DK-2338)
       Charles E. Joseph (CJ-9442)

757 Third Avenue, 25th Floor
New York, New York 10017
(212) 688-5640
(212) 688-2548 (fax)