UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
VIRGINIA ALEYN, DOMINIQUE BELL, :
KRIS MOUNT, SUKOL PHAIROJ, : Civil Action No.: 07-6276 **(HB)**
KATHERINE TUMINELLI and CRAIG : **(DCF)**
YOCHEM on behalf of themselves and all :
other similarly situated, :
 :
                Plaintiffs, :
 :
        -against- :
 :
JEAN-GEORGES ENTERPRISES, LLC :
d/b/a V STEAKHOUSE; JEAN-GEORGES :
MANAGEMENT LLC d/b/a V :
STEAKHOUSE; JEAN-GEORGES :
VONGERICHTEN and PHIL SUAREZ :
 :
                Defendants. :
 :
---------------------------------------------------------- x

**NOTICE OF MOTION BY PLAINTIFFS FOR CERTIFICATION OF
A SETTLEMENT CLASS AND FINAL APPROVAL OF
A CLASS ACTION SETTLEMENT**

      Please take notice that, pursuant to this Court's April 17, 2008 Order and attached Declaration of Plaintiffs' Counsel, Plaintiffs will move this court, before the Honorable Harold Baer, pursuant to Rule 23 of the Federal Rules of Civil Procedure, on July 10, 2008 at 10:30 a.m., for an order (1) granting final approval of a class action settlement, (2) certifying the settlement class, (3) awarding Class Counsel's attorneys' fees and costs, (4) approving the various enhancement fees, and (5) dismissing this lawsuit with prejudice.

Dated: July 8, 2008
      New York, New York

                                        JOSEPH & HERZFELD LLP

                                        /s/ D. Maimon Kirschenbaum_____
                                        By:   D. Maimon Kirschenbaum (DK-2338)
                                                  Charles E. Joseph (CJ-9442)

                                        757 Third Avenue, 25th Floor
                                        New York, New York 10017
                                        (212) 688-5640
                                        (212) 688-2548 (fax)