**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**VIRGINIA ALEYN, DOMINIQUE BELL,**
**KRIS MOUNT, SUKOL PHAIROJ,**                    INDEX NO: 07-CV-6276 (HB)
**KATHERINE TUMINELLI, AND CRAIG**
**YOCHEM on behalf of themselves and all**
**others similarly situated,**

                         **Plaintiffs,**

              **v.**

**JEAN-GEORGES ENTERPRISES, LLC**
**d/b/a V STEAKHOUSE; JEAN-GEORGES**
**MANAGEMENT LLC d/b/a**
**V STEAKHOUSE; JEAN-GEORGES**
**VONGERICHTEN and PHIL SUAREZ**

                         **Defendants.**
-------------------------------------------------------x

## DECLARATION OF MAIMON KIRSCHENBAUM

I, Maimon Kirschenbaum, under penalty of perjury, affirm as follows:

1.      I am an attorney at Joseph & Herzfeld LLP, plaintiffs' counsel in the

above-captioned matter.

2.      Per the Parties' Stipulation of Settlement, on or about May 22, 2008, my

firm mailed opt-in notices to the entire Class as defined by the Stipulation.

3.      My staff exercised due diligence in ensuring that the notices actually

reached their intended destinations following the mailing, as set forth in the Stipulation.

I affirm, under penalty of perjury, that the above and foregoing information is true

and correct.

Dated:  New York, New York
        July 8, 2008

                                        /s/ D. Maimon Kirschenbaum
                                        D. Maimon Kirschenbaum